

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2015

No. 04-15-00460-CR

Gary **CASTILLO,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8212
Honorable Ron Rangel, Judge Presiding

# O R D E R

Amy Hinds Alvarado's notification of late record is GRANTED. Time is extended to October 5, 2015.

_____
*Marialyn Barnard, Justice*

*IN WIT*NESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court